IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH A. FARRIS and
CHRISTINE ROBERTSON,

      Plaintiffs,

vs.                                                          No. CIV 11-0583 JB/WDS

RUMI ENTERPRISES d/b/a INTERLOCK
RECOVERY & COLLECTIONS SERVICES;
TIMOTHY L. HALLFORD; MARK AIUTO; and
ADOBE INTERLOCK OF ALBUQUERQUE, INC.,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Plaintiffs' Unopposed Motion to Dismiss, filed January 30, 2012 (Doc. 25)("Motion"); and (ii) the Court's Order to Dismiss with Prejudice, filed January 31, 2012 (Doc. 26)("Order"). Plaintiffs Joseph A. Farris and Christine Robertson "move that the Court dismiss, with prejudice, all claims, counterclaims and cross claims that were brought or could have been brought in this lawsuit." Motion at 1. The Plaintiffs represent that the parties have settled all the claims between themselves, and that each party will bear its own costs, including attorney fees. See Motion at 1. The Plaintiffs request that the Court enter an order in which the Court dismisses, with prejudice, all claims, counterclaims, and cross-claims that were brought or could have been brought. See Motion at 1. In its Order, the Court noted that Defendants Rumi Enterprises d/b/a Interlock Recovery & Collection Services, Timothy L. Hallford, Mark Aiuto, and Adobe Interlock of Albuquerque, Inc. did not oppose the Motion. See Order at 1. The Court found that the parties have settled all their claims and that the parties have agreed to bear their own costs, including attorney fees. See Order at 1. The Court then granted the Motion and dismissed

"all claims, counterclaims and cross claims that were brought or could have been brought in this lawsuit." Order at 1. There not being any further issues for the Court to resolve, the Court enters final judgment.

**IT IS ORDERED** that the case is dismissed with prejudice and that final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Rob Treinen
Treinen Law Office
Albuquerque, New Mexico

    *Attorney for the Plaintiffs*

Seth Sparks
Tyler M. Cuff
Rodey, Dickason, Sloan, Akin, & Robb, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendants Rumi Enterprises, Timothy L. Hallford, Mark Aiuto*

Bill Chappell, Jr.
Sidney Childress
Chappell Law Firm
Albuquerque, New Mexico

    *Attorneys for Defendant Adobe Interlock of Albuquerque, Inc.*